

Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**BLAINE S. ROBINSON,**

Plaintiff,

vs.

Commissioner of Social Security Administration,

Defendant.

Civil No. 6:19-cv-00763-BR

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

---

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $15,341.50 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff any Equal Access to Justice ("EAJA") fees

received by counsel, if any are received, awarded in the amount of $8,374.20, for a net award herein of $6,967.30 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order. There are no other costs.

IT IS SO ORDERED this day of August 6th, 2020

/s/ Anna J. Brown

______________________________

U.S. District Senior Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff